**United States District Court**
**Southern District of Indiana**

| | |
|---|---|
| Alexander G. Digenis, M.D.<br><br>*Plaintiff*,<br><br>v.<br><br>Eli R. Hallal, M.D., Eli R. Hallal M.D., LLC and Susan P. Hallal<br><br>*Defendants*. | Case No. 4:23- |

Acknowledged.

This action is hereby dismissed. The Court declines to retain jurisdiction over this matter in perpetuity.

Date: 11/27/2024

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

**Joint Stipulation of Dismissal**

Pursuant to Rule 41(a) of the Federal Rules of civil Procedure, Plaintiff Alexander G. Digenis and Defendants Eli R. Hallal, Susan P. Hallal, and Eli R. Hallal M.D., LLC, (collectively, the "Parties") having reached and executed a Settlement Agreement, jointly stipulate to the dismissal of Plaintiff's claims as follows:

1. The Parties have entered a Settlement Agreement.

2. In accordance with the terms of the Settlement Agreement, the Parties hereby stipulate to the dismissal of Plaintiff's complaint against Defendants.

3. The Parties request that the Court retain jurisdiction over the Parties to the extent necessary to enforce the terms and conditions of, and to resolve any disputes stemming from, the Settlement Agreement.

Respectfully submitted,

| | |
|---|---|
| */s/ Burt A. Stinson*<br>David S. Kaplan<br>Michael C. Merrick<br>Burt A. (Chuck) Stinson<br>KAPLAN JOHNSON ABATE & BIRD LLP<br>710 West Main Street, 4th Floor<br>Louisville, KY 40202<br>(502) 416-1630<br>dkaplan@kaplanjohnsonlaw.com | */s/ Christopher A. Bates (with permission)*<br>Neil C. Bordy<br>Christopher A. Bates<br>SEILLER WATERMAN LLC<br>Meidinger Tower, 22nd Floor<br>462 South Fourth Street<br>Louisville, KY 40202<br>(502) 584-7400<br>bordy@derbycitylaw.com |

1